# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| AGNES MARIA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ERNESTO SANTACRUZ JR, ET AL.,<br><br>　　　　Respondents. | Case No. 8:26-cv-00814-ACCV<br><br>**ORDER GRANTING HABEAS CORPUS PETITION [DKT NO. 1]** |

On April 3, 2026, Agnes Maria ("Petitioner") filed her petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") seeking removal of an ankle monitor and a supervision plan[1] imposed by Immigration and Customs Enforcement ("ICE") in August 2025 after her release by an Immigration Judge following an in-custody redetermination proceeding. (Dkt. No. 1 at 15.) The Immigration Judge's August 11, 2025 Order granted Petitioner release from custody on a $3,000 bond with no other conditions of release. (Dkt. No. 1 at 33.)

On April 10, 2026, the government filed a reply to the Petition stating, "The Respondents are not presenting an opposition argument at this time." (Dkt. No. 8.)

In light of Respondent's nonopposition to Petitioner's request to remove Petitioner's ankle monitor and supervision plan imposed by ICE, and the reasons and

---

[1] The Court uses the page numbering as docketed.

arguments set forth in the Petition, the Court grants the Petition.  By May 4, 2026, the government shall file a report on the status of its compliance with this order.

IT IS HEREBY ORDERED that:

Petitioner's Habeas Corpus Petition is GRANTED, ICE is to immediately remove the ankle monitor and supervision requirements.  Any conditions of release are to be addressed by the Immigration Judge.

Any party objecting to this relief may file a motion for reconsideration by no later than May 9. 2026.

DATED: April 29, 2026

_____
HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge

2